UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FLOYD E. KOHN,

        Petitioner,        Case No. 1:16-cv-1040

v.        Honorable Paul L. Maloney

WILLIE SMITH,

        Respondent.
_____/

**JUDGMENT**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for lack of exhaustion of available state-court remedies.

Dated:  September 29, 2016        /s/ Paul L. Maloney
                                                      Paul L. Maloney
                                                      United States District Judge